IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RANDALL J. WOODS and                                                      PLAINTIFFS
TRACY WOODS

V.                                                         CIVIL ACTION NO.: 4:07CV94-SA-DAS

MICHAEL SPELLMAN                                                          DEFENDANT

## ORDER GRANTING IN PART AND DENYING IN PART SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant's Motion for Summary Judgment [30] is GRANTED IN PART AND DENIED IN PART.

SO ORDERED, this the 22nd day of June, 2010

                                                  **/s/ Sharion Aycock**
                                                  **UNITED STATES DISTRICT JUDGE**